# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC,
PFIZER PHARMACEUTICALS, LLC,
PFIZER LIMITED, C.P. PHARMACEUTICALS,
INTERNATIONAL C.V., PFIZER IRELAND
PHARMACEUTICALS, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY, LLC,
and
WARNER-LAMBERT EXPORT, LTD.

       Plaintiffs,

V.

RANBAXY LABORATORIES LIMITED,
and RANBAXY INC,

       Defendants.

SUMMONS IN A CIVIL CASE
CASE NUMBER: 07-138

TO: (Name and address of defendant)
RANBAXY INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Rudolf E. Hutz, Esq.
    Connolly Bove Lodge & Hutz LLP
    1220 Market Street
    Post Office Box 2207
    Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**     3/9/07
CLERK                   DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE 3/9/07 |
|---|---|
| NAME OF SERVER (PRINT) EDWARD JONES | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): PERSONALLY SERVED RANBAXY INC by SERVING ITS REGISTERED AGENT, THE PRENTICE HALL CORPORATION AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:38PM PERSON ACCEPTING: MARY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/07
Date

Signature of Server: Edward Jones

230 N MARKET ST, WILM DE 19801
Address of Server

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;526151;1