IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD, <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-138 (JJF) ) ) ) ) ) ) ) ) ) |
| RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br><br> v. <br><br> PFIZER INC, PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD, <br><br> Counterdefendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS RANBAXY LABORATORIES LIMITED AND
RANBAXY INC.'S FED. R. CIV. P. 7.1
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants/Counterclaimants Ranbaxy Laboratories Limited and Ranbaxy Inc. submit the following Corporate Disclosure Statement:

1.    Ranbaxy Laboratories Limited is a publicly held entity. Its shares are listed on the Stock Exchanges in India, viz. National Stock Exchange and The Stock Exchange, Mumbai. Its Global Depository shares are listed on the Luxembourg Stock Exchange. It does not have a parent corporation. No publicly held corporation owns 10 percent or more of Ranbaxy Laboratories Limited's stock.

2.    Ranbaxy Inc. is a wholly-owned subsidiary of Ranbaxy Holdings (UK) Limited, which is a wholly-owned subsidiary of Ranbaxy (Netherlands) B.V., which is a wholly-owned subsidiary of Ranbaxy Laboratories Limited. No other publicly held corporation owns 10 percent or more of Ranbaxy Inc.'s stock.

/s/ Frederick L. Cottrell III

*Of Counsel*:
Darrell L. Olson
Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, California 92614
(949) 760-0404

Dated: March 29, 2007

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
Attorneys for Defendants/Counterclaimants
*Ranbaxy Laboratories Limited and Ranbaxy Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Rudolf E. Hutz
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE  19899

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
