IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, and RANBAXY INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-138 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Darrell L. Olson, John P. Giezentanner, Joseph M. Reisman, William R. Zimmerman and Payson LeMeilleur of Knobbe, Martens, Olson & Bear, LLP to represent Ranbaxy in this matter.

Dated: March 29, 2007

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel.: (302) 651-7700
*Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and
Ranbaxy Inc.*

-1-

RLF1-3131912-1

-2-

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated:_____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

_____
Darrell L. Olson

Darrell L. Olson, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Dated: 3/27/07

-4-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

_____
John P. Giezentanner

Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Dated: 3/27/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

_____
Joseph M. Reisman

Knobbe, Martens, Olson & Bear, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Tel: 619-235-8550

Dated: _March 27, 2007_

-6-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

/s/ W. R. Zimmerman
William R. Zimmerman

Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Dated: 3/26/07

-7-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

_____
Payson LeMeilleur

Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

Dated:  3/27/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Rudolf E. Hutz
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE  19899

>/s/ Frederick L. Cottrell, III
>Frederick L. Cottrell, III (#2555)
>Cottrell@rlf.com
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700

RLF1-3132663-1