IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER LIMITED, <br> C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> and RANBAXY INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-138-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, through their attorneys, that the time for plaintiffs/counterclaim-defendants to answer, move or otherwise respond to the counterclaims in this action will be extended up to and including May 3, 2007.

        CONNOLLY BOVE LODGE & HUTZ LLP

        */s/ Rudolf E. Hutz*

        Rudolf E. Hutz (#484)
        Email: rhutz@cblh.com
        Jeffrey B. Bove (#998)
        Mary W. Bourke (#2356)
        The Nemours Building
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE  19899-2207
        (302) 658-9141
        *Attorneys for the Plaintiffs/Counterclaim-defendants*

Of Counsel
Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404

        RICHARDS LAYTON & FINGER, P.A.

        */s/ Frederick L. Cottrell, III*

        Frederick L. Cottrell, III (#2555)
        Email: cottrell@rlf.com
        Jameson A.L. Tweedie (#4927)
        Email: tweedie@rlf.com
        One Rodney Square
        P.O. Box 551
        Wilmington, DE  19899
        (302) 658-6541
        *Attorneys for Defendants/Counterclaim-plaintiffs*

DATED: April 17, 2007

        IT IS SO ORDERED this _____ day of April, 2007.

        _____
        United States District Judge

533443_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007, a true copy of the foregoing was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

I hereby certify that on the April 17, 2007, I have sent by U.S. Mail the foregoing document to the following non-registered participants:

Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

By: /s/ *Rudolf E. Hutz*
Rudolf E. Hutz (#484)
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141

533471_1.DOC