# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>PFIZER PHARMACEUTICALS, LLC,<br>PFIZER LIMITED,<br>C.P. PHARMACEUTICALS INTERNATIONAL C.V.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RANBAXY LABORATORIES LIMITED,<br>and RANBAXY INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 07-138-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

　　　　PLEASE TAKE NOTICE that Jeffrey B. Bove and Mary W. Bourke of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of Plaintiffs/Counterclaim-Defendants.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Jeffrey B. Bove_

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Email: jbove@cblh.com
Mary W. Bourke (#2356)
Email: mbourke@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs/Counterclaim-defendants*

DATED: April 17, 2007

533444_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, a true copy of the foregoing *Plaintiffs' NOTICE OF ENTRY OF APPEARANCE* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

> Frederick L. Cottrell, III
> Jameson A.L. Tweedie
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE 19801

I hereby certify that on the April 17, 2007, I have sent by U.S. Mail the foregoing documents to the following non-registered participants:

> Joseph M. Reisman
> William R. Zimmerman
> Payson LeMeilleur
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA 92614

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141