IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>PFIZER PHARMACEUTICALS, LLC,<br>PFIZER LIMITED,<br>C.P. PHARMACEUTICALS<br>INTERNATIONAL C.V.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RANBAXY LABORATORIES<br>LIMITED, and RANBAXY INC.<br><br>　　　　　　Defendants. | Civil Action No. 07-138 (JJF) |

**MOTION TO DISMISS AND FOR PARTIAL JUDGMENT
ON THE PLEADINGS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(C)**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c), and for the reasons set forth in its accompanying brief, plaintiffs/counterclaim-defendants Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited (collectively referred to as "Pfizer"), move to dismiss and/or for partial judgment on the pleadings on defendants/counterclaimants' Ranbaxy Laboratories Limited and Ranbaxy Inc.'s First Counterclaim and Third Affirmative Defense with respect to the United States Letters Patent Nos. 4,681,893 ("the '893 patent") and further move for partial judgment on the pleadings on Pfizer's First Claim for Relief.

                                                            Respectfully submitted,

DATED: May 3, 2007

                                                */s/Jeffrey B. Bove*
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE &
HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER LIMITED, <br> C.P. PHARMACEUTICALS <br> INTERNATIONAL C.V., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD. <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES <br> LIMITED, and RANBAXY INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-138 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING PFIZER'S MOTION TO DISMISS, AND FOR PARTIAL JUDGMENT ON THE PLEADINGS

Upon consideration of plaintiffs/counterclaim-defendants Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited's Motion to Dismiss, and for Partial Judgment on the Pleadings and the concurrently-filed supporting brief,

**IT IS HEREBY ORDERED that Pfizer's Motion is GRANTED.**

Dated:_____        _____
                                    The Honorable Joseph J. Farnan, Jr.
                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, a true copy of the foregoing was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

>Frederick L. Cottrell, III
>Jameson A.L. Tweedie
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I hereby certify that on the May 3, 2007, I have sent by Electronic Mail the foregoing document to the following non-registered participants:

>Joseph M. Reisman
>William R. Zimmerman
>Payson LeMeilleur
>KNOBBE, MARTENS, OLSON & BEAR, LLP
>2040 Main Street, 14th Floor
>Irvine, CA 92614

>By: /s/ *Jeffrey B. Bove*
>Jeffrey B. Bove (#998)
>1007 North Orange Street
>Wilmington, DE 19801
>Telephone: (302) 658-9141

536959_1.DOC