IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br><br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-138 (JJF) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

The parties, through their respective attorneys and subject to order of the Court, agree that the time within which Defendants/Counterclaimants Ranbaxy Laboratories Ltd. and Ranbaxy Inc. must file and serve their opposition to Plaintiffs/Counterclaim-Defendants Pfizer,

RLF1-3147379-1

Inc., Pfizer Pharmaceuticals, LLC, Pfizer Ltd., C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Co., Warner-Lambert Co. LLC and Warner Lambert Export Ltd.'s Motion to Dismiss Based Upon In Part Declaratory Judgment Counterclaims and their opposition to Plaintiffs/Counterclaim-Defendants Pfizer, Inc., Pfizer Pharmaceuticals LLC., Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Co., Warner-Lambert Co. LLC, and Warner-Lambert Export LLC's Motion to Dismiss and for Partial Judgment on the Pleadings Pursuant to Federal Rules of Civil Procedure 12(c) is extended through and including Thursday, May 31, 2007. In addition, the time within which Plaintiffs/Counterdefendants must file and serve their replies is extended through and including Thursday, June 14, 2007.

| | |
|---|---|
| /s/Jeffrey B. Bove | /s/Frederick L. Cottrell, III |
| Jeffrey B. Bove (#998) | Frederick L. Cottrell III (#2555) |
| jbove@cblh.com | cottrell@rlf.com |
| Connolly, Bove, Lodge & Hutz | Jameson A.L. Tweedie (#4927) |
| The Nemours Building | tweedie@rlf.com |
| 1007 North Orange Street | Richards, Layton & Finger |
| P. O. Box 2207 | One Rodney Square |
| Wilmington, DE 19899 | 920 N. King Street |
| (302) 658-9141 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendants/Counterclaimants Ranbaxy Laboratories Limited and* |
| Dated: May 8, 2007 | *Ranbaxy Inc* |

SO ORDERED this _____ day of May, 2007.

_____
The Honorable Joseph J. Farnan, Jr.

RLF1-3147379-1