# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Jeffrey B. Bove**
Partner

TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 23, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Pfizer Inc, et al v. Ranbaxy Laboratories Limited, et al**
    **Civil Action No. 07-138 (JJF)**

Dear Judge Farnan:

On behalf of all parties, we enclose a Joint Proposed Rule 16 Scheduling Order. Paragraph 9 contains the parties' suggested dates for the pretrial and trial.

Relatedly, the Rule 16 Conference is scheduled for August 1, 2007. Counsel for Ranbaxy is located in California and in view of the full agreement reached concerning scheduling matters, the parties jointly agree that unless the Court wishes to conduct an in-person conference, the parties presently have no open issues requiring Ranbaxy's counsel to travel to Delaware. Additionally, all of Pfizer's counsel (Mr. Hutz, Mr. Bove and Ms. Bourke) have scheduling conflicts on August 1 and, therefore, should the Court desire an in-person Rule 16 Conference, counsel for Pfizer respectfully requests an alternative date after August 9, 2007. Ranbaxy's counsel has no objection to a proposed re-scheduling.

Respectfully submitted,

Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP

JBB.bjh

Pc: Frederick L. Cottrell III, Esquire
    William R. Zimmerman, Esquire

553907_1.DOC