IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER LIMITED, <br> C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br>           Plaintiffs/Counterclaim-Defendants, <br> v. <br> RANBAXY LABORATORIES LIMITED, <br> and RANBAXY INC., <br>           Defendants/Counter-Claimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-138-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 15, 2007, copies of **PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS TO RANBAXY** were served as shown:

**BY E-MAIL & HAND DELIVERY**
Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**BY E-MAIL & U.S. MAIL**
Joseph M. Reisman
Darrell L. Olson
John P. Giezentanner
Payson LeMeilleur
William R. Zimmerman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

CONNOLLY BOVE LODGE & HUTZ LLP


_/s/  Jeffrey B. Bove_
Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, LLC and Warner Lambert Export, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, a true copy of the foregoing **Notice of Service** was hand delivered to defendants' counsel, and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

>Frederick L. Cottrell, III, Esq.
>cottrell@rlf.com
>Jameson A.L. Tweedie
>tweedie@rlf.com
>Richards, Layton & Finger, P.A.
>One Rodney Square
>Wilmington, DE  19801

I hereby certify that on August 15, 2007, I have sent by Electronic Mail the foregoing document to the following registered participants:

>Joseph M. Reisman, Esq.
>jreisman@kmob.com
>Darrell L. Olson
>dolson@kmob.com
>John P. Giezentanner
>jgiezentanner@kmob.com
>Payson LeMeilleur
>plemeilleur@kmob.com
>William R. Zimmerman
>wzimmerman@kmob.com
>Knobbe, Martens, Olson & Bear, LLP
>2040 Main Street, 14th Floor
>Irvine, CA  92614

>/s/ Jeffrey B. Bove
>Jeffrey B. Bove (#998)
>1007 North Orange Street
>Wilmington, DE  19899-2207
>(302) 658-9141

558383v1