IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. <br> _____ <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br><br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Counterdefendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-138 (JJF) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on August 15, 2007 Ranbaxy's First Set of Interrogatories to Plaintiffs (Nos. 1-11) and Ranbaxy's First Set of Request for the Production of Documents and Things (Nos. 1-89)were served upon the below-named counsel of record in the manner and at the address indicated below:

<u>**VIA E-MAIL**</u>

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

_____
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Defendants/Counterclaimants*
Dated:  August 15, 2007          *Ranbaxy Laboratories Limited and*
*Ranbaxy Inc*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Rudolf E. Hutz
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE   19899

> Jameson A.L. Tweedie (#4927)
> Tweedie@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700