IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER LIMITED, <br> C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br>             Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> and RANBAXY INC., <br><br>             Defendants/Counter-Claimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-138-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 17, 2007, copies of **PLAINTIFFS' RESPONSES TO RANBAXY'S FIRST SET OF INTERROGATORIES** were served as shown:

**BY E-MAIL**
Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**BY E-MAIL & U.S. MAIL**
Joseph M. Reisman
Darrell L. Olson
John P. Giezentanner
Payson LeMeilleur
William R. Zimmerman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/   Jeffrey B. Bove*
Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, LLC and Warner Lambert Export, Ltd.*

564617_1.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, a true copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF and was also sent by Electronic Mail to:

> Frederick L. Cottrell, III, Esq.
> cottrell@rlf.com
> Jameson A.L. Tweedie
> tweedie@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19801

I hereby certify that on September 17, 2007, I have sent by Electronic Mail the foregoing document to the following registered participants:

> Joseph M. Reisman, Esq.
> jreisman@kmob.com
> Darrell L. Olson
> dolson@kmob.com
> John P. Giezentanner
> jgiezentanner@kmob.com
> Payson LeMeilleur
> plemeilleur@kmob.com
> William R. Zimmerman
> wzimmerman@kmob.com
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA  92614

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE  19899-2207
(302) 658-9141

564617_1.DOC

3