IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>PFIZER PHARMACEUTICALS, LLC,<br>PFIZER LIMITED,<br>C.P. PHARMACEUTICALS INTERNATIONAL C.V.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>       Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED,<br>and RANBAXY INC.,<br><br>       Defendants/Counter-Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-138-JJF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 17, 2007, copies of **PLAINTIFFS'**

**RESPONSES TO RANBAXY'S FIRST SET OF REQUESTS FOR DOCUMENTS AND**

**THINGS** were served as shown:

**BY E-MAIL**
Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**BY E-MAIL & U.S. MAIL**
Joseph M. Reisman
Darrell L. Olson
John P. Giezentanner
Payson LeMeilleur
William R. Zimmerman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

CONNOLLY BOVE LODGE & HUTZ LLP


_/s/ Jeffrey B. Bove_
Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, LLC and Warner Lambert Export, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, a true copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF and was also sent by Electronic Mail to:

Frederick L. Cottrell, III, Esq.
cottrell@rlf.com
Jameson A.L. Tweedie
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on September 17, 2007, I have sent by Electronic Mail the foregoing document to the following registered participants:

Joseph M. Reisman, Esq.
jreisman@kmob.com
Darrell L. Olson
dolson@kmob.com
John P. Giezentanner
jgiezentanner@kmob.com
Payson LeMeilleur
plemeilleur@kmob.com
William R. Zimmerman
wzimmerman@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE  19899-2207
(302) 658-9141