IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br>    Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br>    Defendants. <br><br>――――――――――――――――――― <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br>    Counterclaimants, <br><br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br>    Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-138 (JJF) |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on October 8, 2007 Ranbaxy's First Set Of Requests For Admission (Nos. 1-14) was served upon the below-named counsel of record in the manner and at the address indicated below:

**VIA HAND DELIVERY**

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

*Of Counsel*:
Darrell L. Olson
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, California 92614
(949) 760-0404

Dated: October 8, 2007

/s/ signature

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Attorneys for Defendants/Counterclaimants
*Ranbaxy Laboratories Limited and
Ranbaxy Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2007, true and correct copies of the foregoing were caused to be served on counsel of record at the following addresses as indicated:

### VIA HAND DELIVERY

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

_____
Jameson A.L. Tweedie (#4927)

RLF1-3201090-1