**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| PFIZER PHARMACEUTICALS, LLC, | ) | |
| PFIZER LIMITED, | ) | |
| C.P. PHARMACEUTICALS INTERNATIONAL C.V., | ) | |
| PFIZER IRELAND PHARMACEUTICALS, | ) | |
| WARNER-LAMBERT COMPANY, | ) | |
| WARNER-LAMBERT COMPANY, LLC | ) | |
| and | ) | |
| WARNER-LAMBERT EXPORT LTD., | ) | |
| | ) | |
| Plaintiffs/Counterclaim-Defendants, | ) | |
| v. | ) | C.A. No. 07-138-JJF |
| | ) | |
| RANBAXY LABORATORIES LIMITED, | ) | |
| and RANBAXY INC. , | ) | |
| | ) | |
| Defendants/Counter-Claimants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on October 15, 2007, copies of **PLAINTIFFS'**

**OBJECTIONS AND RESPONSES TO RANBAXY'S SECOND SET OF REQUESTS FOR**

**THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 90-140)** were served as

shown:

> **BY E-MAIL**
> Frederick L. Cottrell, III
> Jameson A.L. Tweedie
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19801
>
> **BY E-MAIL & U.S. MAIL**
> Joseph M. Reisman
> Darrell L. Olson
> John P. Giezentanner
> Payson LeMeilleur
> William R. Zimmerman
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA  92614

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/   Jeffrey B. Bove_____

Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer*
*Pharmaceuticals, LLC, Pfizer Limited, C.P.*
*Pharmaceuticals International C.V., Pfizer Ireland*
*Pharmaceuticals, Warner-Lambert Company, LLC*
*and Warner Lambert Export, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, a true copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF and was also sent by Electronic Mail to:

Frederick L. Cottrell, III, Esq.
cottrell@rlf.com
Jameson A.L. Tweedie
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

I hereby certify that on October 15, 2007, I have sent by Electronic Mail the foregoing document to the following registered participants:

Joseph M. Reisman, Esq.
jreisman@kmob.com
Darrell L. Olson
dolson@kmob.com
John P. Giezentanner
jgiezentanner@kmob.com
Payson LeMeilleur
plemeilleur@kmob.com
William R. Zimmerman
wzimmerman@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
1007 North Orange Street
Wilmington, DE  19899-2207
(302) 658-9141

564620_1.DOC