IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 07-138 (JJF) |
| RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:  Clerk of the Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE   19801

RLF1-3216532-1

- 2 -

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7 John P. Giezentanner of Knobbe, Martens, Olson & Bear, previously admitted *pro hac vice* (D.I. 9) hereby withdraws his appearance in this action on behalf of Defendants Ranbaxy Laboratories Limited and Ranbaxy Inc. Counsel from Knobbe, Martens, Olson & Bear and Richards, Layton & Finger, P.A. continue to represent defendants Ranbaxy Laboratories Limited and Ranbaxy Inc.

|  |  |
|---|---|
| *Of Counsel*: | Frederick L. Cottrell III (#2555)<br>cottrell@rlf.com |
| Darrell L. Olson<br>William R. Zimmerman<br>Payson LeMeilleur<br>Knobbe, Martens, Olson & Bear<br>2040 Main Street, 14th Floor<br>Irvine, California 92614<br>(949) 760-0404 | Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899 |
|  | Attorneys for Defendants/Counterclaimants<br>*Ranbaxy Laboratories Limited and*<br>*Ranbaxy Inc.* |
| Dated: October 25, 2007 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Rudolf E. Hutz
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE  19899

/s/ Jameson A.L. Tweedie
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700