IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER PHARMACEUTICALS, LLC, <br> PFIZER LIMITED, <br> C.P. PHARMACEUTICALS INTERNATIONAL C.V., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs/Counterclaim-Defendants, <br> v. <br><br> RANBAXY LABORATORIES LIMITED, <br> and RANBAXY INC., <br><br> Defendants/Counter-Claimants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-138-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 7, 2007, copies of **PLAINTIFFS' OBJECTIONS AND RESPONSES TO RANBAXY'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-14)** were served as shown:

**BY E-MAIL**
Frederick L. Cottrell, III
Jameson A.L. Tweedie
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**
Joseph M. Reisman
Darrell L. Olson
Payson LeMeilleur
William R. Zimmerman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Jeffrey B. Bove_
Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, LLC and Warner Lambert Export, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, a true copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF and was also sent by Electronic Mail to:

>   Frederick L. Cottrell, III, Esq.
>   cottrell@rlf.com
>   Jameson A.L. Tweedie
>   tweedie@rlf.com
>   Richards, Layton & Finger, P.A.
>   One Rodney Square
>   Wilmington, DE 19801

I hereby certify that on November 7, 2007, I have sent by Electronic Mail the foregoing document to the following registered participants:

>   Joseph M. Reisman, Esq.
>   jreisman@kmob.com
>   Darrell L. Olson
>   dolson@kmob.com
>   Payson LeMeilleur
>   plemeilleur@kmob.com
>   William R. Zimmerman
>   wzimmerman@kmob.com
>   Knobbe, Martens, Olson & Bear, LLP
>   2040 Main Street, 14th Floor
>   Irvine, CA 92614

>                                    */s/ Jeffrey B. Bove*
>                                    Jeffrey B. Bove (#998)
>                                    1007 North Orange Street
>                                    Wilmington, DE 19899-2207
>                                    (302) 658-9141

574864_1.DOC