IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, and WARNER-LAMBERT EXPORT, LTD., | : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 07-138-JJF : |
| RANBAXY LABORATORIES LIMITED and RANBAXY INC., | : : : |
| Defendants. | : |

## O R D E R

At Wilmington, this 29th day of November 2007, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED that:

1.   Plaintiffs' Motion To Dismiss In Part Declaratory Judgment Counterclaims (D.I. 14) is **GRANTED**.

2.   Plaintiffs' Motion To Dismiss And For Partial Judgment On The Pleadings Pursuant To Federal Rule Of Civil Procedure 12(c) (D.I. 16) is **GRANTED**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE