IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, and WARNER-LAMBERT EXPORT, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED and RANBAXY INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 07-138-JJF <br> : <br> : <br> : <br> : <br> : |

## JUDGMENT ORDER

WHEREAS, Defendants, Ranbaxy Laboratories Limited and Ranbaxy Inc., do not contest infringement of United States Patent No. 4,681,893 (the "'893 patent), and for the reasons set forth in the Opinion dated November 29, 2007, the Court has concluded that Defendants are precluded from challenging the validity and enforceability of the '893 patent and its patent term extension in this action;

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED this 29th day of November 2007, that judgment shall be entered in favor of Plaintiffs, Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner Lambert Company

LLC, and Warner-Lambert Export, Ltd. on Plaintiffs' claim that Ranbaxy has infringed the '893 patent under 35 U.S.C. § 271(e)(2).

                                             *[Signature: Joseph J. Farnan Jr.]*
                                         UNITED STATES DISTRICT JUDGE

Dated: November 29, 2007

                                         *[Signature: Deborah R. Krett]*
                                         (By) Deputy Clerk