49

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., | ) |
| PFIZER PHARMACEUTICALS, LLC, | ) |
| PFIZER LIMITED, | ) |
| C.P. PHARMACEUTICALS | ) |
| INTERNATIONAL C.V., | ) |
| PFIZER IRELAND PHARMACEUTICALS,) | |
| WARNER-LAMBERT COMPANY, | ) |
| WARNER-LAMBERT COMPANY, LLC | ) |
| and | ) |
| WARNER-LAMBERT EXPORT LTD. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RANBAXY LABORATORIES | ) |
| LIMITED, and RANBAXY INC. | ) |
| | ) |
| Defendants. | ) |

DEC 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action No. 07-138 (JJF)

## STIPULATED AMENDED ORDER OF FINAL JUDGMENT

**WHEREAS**, This action having come before the Court upon consideration of plaintiffs/counterclaim-defendants Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited's (collectively "Pfizer") Motion to Dismiss, and for Partial Judgment on the Pleadings; and,

**WHEREAS**, a decision has been rendered (D.I. 46, 47) and judgment entered on November 29, 2007 (D.I. 48) against Defendant's Ranbaxy Laboratories, Limited and Ranbaxy Inc. (collectively "Ranbaxy") that United States Patent No. 4,681,893 (the "'893 Patent") and its term extension are valid and enforceable and that Ranbaxy has

infringed the '893 patent; and,

**WHEREAS,** Pfizer has requested that this judgment be amended consistent with 35 U.S.C. § 271(e)(4); and,

**WHEREAS,** Ranbaxy has consented to the form of judgment as amended and has reserved its rights to appeal consistent with the Federal Rules of Civil Procedure.

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED,** for the reasons set forth in the Court's Opinion and Order dated November 29, 2007, that Judgment shall be entered in favor of plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company LLC and Warner-Lambert Export, Ltd. and against defendants Ranbaxy Laboratories Limited and Ranbaxy Inc. on Pfizer's claims that Ranbaxy has infringed United States Patent No. 4,681,893 (the "'893 Patent"); and it is further,

**ORDERED AND ADJUDGED** that Judgment shall be entered in favor of Pfizer and against Ranbaxy on all counterclaims alleging noninfringement, invalidity, or unenforceability of the '893 Patent or its patent term extension; and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271 (e) (4) (A), the effective date of any approval of Ranbaxy's Abbreviated New Drug Application (as described in a letter dated January 24, 2007 from Ranbaxy Inc. to Pfizer and attached to the Complaint as Exhibit "D") shall be a date which is not earlier than the date of expiration of the '893 Patent and its patent term extension (September 24, 2009, with attached six months of pediatric exclusivity ending on March 24, 2010, to which Pfizer is entitled); and it is further,

**ORDERED** that pursuant to 35 U.S.C. § 271 (e) (4) (B), defendants Ranbaxy Laboratories Limited and Ranbaxy Inc., each of their officers, agents, servants,

fbb

employees and attorneys, and those persons in active concert or participation with them or either of them are permanently enjoined from engaging in the manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any product comprising atorvastatin calcium and amlodipine besylate covered by, or the use of which is covered by the '893 Patent.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/  Rudolf E. Hutz*

Rudolf E. Hutz (#484)
Email: rhutz@cblh.com
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs/Counterclaim-defendants*

DATED: December 11, 2007

Consented as to form:

RICHARDS LAYTON & FINGER, P.A.

Of Counsel
Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

DATED: December 11, 2007

*/s/  Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Email: cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
Email: tweedie@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
*Attorneys for Defendants/Counterclaim-plaintiffs*

3

**IT IS SO ORDERED** this __/3__ day of December, 2007.


The Honorable Joseph J. Farnan, Jr.
United States District Judge


580437_1.DOC