## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| RANBAXY LABORATORIES LIMITED, and RANBAXY INC., | ) ) ) |
| Defendants. | ) ) ) |
| RANBAXY LABORATORIES LIMITED, and RANBAXY INC., | ) ) ) ) C.A. No. 07-138 (JJF) |
| Counterclaimants, | ) ) ) |
| v. | ) ) ) |
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., | ) ) ) ) ) ) ) ) ) |
| Counterdefendants. | ) ) ) |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on September 19, 2007 Ranbaxy's Responses To

Plaintiffs' Second Set Of Interrogatories (Nos. 12-19) was served upon the below-named counsel

of record in the manner and at the address indicated below:

### VIA HAND DELIVERY

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899
(302) 651-7700

*Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and
Ranbaxy Inc.*

Dated:  September 19, 2007

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

> Rudolf E. Hutz
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3136471-1