IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. <br><br>――――――――――――――― <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br><br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Counterdefendants. | C.A. No. 07-138 (JJF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7 Jameson A.L. Tweedie of Richards, Layton & Finger, P.A. hereby withdraws his appearance in this action on behalf of Defendants Ranbaxy Laboratories Limited and Ranbaxy Inc. Counsel from Knobbe, Martens,

- 2 -

Olson & Bear and Richards, Layton & Finger, P.A. continue to represent defendants Ranbaxy Laboratories Limited and Ranbaxy Inc.

*Of Counsel*:

Darrell L. Olson
William R. Zimmerman
Payson LeMeilleur
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Floor
Irvine, California 92614
(949) 760-0404


Dated: December 20, 2007

/s/ R. L.

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Attorneys for Defendants/Counterclaimants
*Ranbaxy Laboratories Limited and Ranbaxy Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

RLF1-3136471-1