## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC.,                                          )
PFIZER PHARMACEUTICALS, LLC,                          )
PFIZER LIMITED,                                       )
C.P. PHARMACEUTICALS INTERNATIONAL C.V.,              )
PFIZER IRELAND PHARMACEUTICALS,                       )
WARNER-LAMBERT COMPANY,                               )
WARNER-LAMBERT COMPANY, LLC,                          )
and                                                   )
WARNER-LAMBERT EXPORT LTD.,                           )
                                                      )
                    Plaintiffs/Counterclaim-Defendants, )
                                                      )   C.A. No. 07-138-JJF
          v.                                          )
                                                      )
RANBAXY LABORATORIES LIMITED,                         )
and RANBAXY INC.,                                     )
                                                      )
                    Defendants/Counter-Claimants.     )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 14, 2008, copies of **PLAINTIFFS'**

**OBJECTIONS AND RESPONSES TO RANBAXY'S SECOND SET OF**

**INTERROGATORIES (NOS. 12-24)** were served as shown:

> **BY E-MAIL**
> Frederick L. Cottrell, III
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE 19801
>
> **BY E-MAIL & U.S. MAIL**
> Joseph M. Reisman
> Payson LeMeilleur
> William R. Zimmerman
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA 92614

CONNOLLY BOVE LODGE & HUTZ LLP


    */s/  Jeffrey B. Bove*
Rudolf E. Hutz (#484)
rhutz@cblh.com
Jeffrey B. Bove (#998)
jbove@cblh.com
Mary W. Bourke (#2356)
mbourke@cblh.com
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc., Pfizer*
*Pharmaceuticals, LLC, Pfizer Limited, C.P.*
*Pharmaceuticals International C.V., Pfizer Ireland*
*Pharmaceuticals, Warner-Lambert Company, LLC*
*and Warner Lambert Export, Ltd.*

585890_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, a true copy of the foregoing **Notice of Service** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF and was also sent by Electronic Mail to:

> Frederick L. Cottrell, III, Esq.
> cottrell@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19801

I hereby certify that on January 14, 2008, I have sent by Electronic Mail the foregoing document to the following registered participants:

> Joseph M. Reisman, Esq.
> jreisman@kmob.com
> Payson LeMeilleur
> plemeilleur@kmob.com
> William R. Zimmerman
> wzimmerman@kmob.com
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA  92614

> */s/ Jeffrey B. Bove*
> Jeffrey B. Bove (#998)
> 1007 North Orange Street
> Wilmington, DE  19899-2207
> (302) 658-9141

585890_1.DOC