IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| RANBAXY LABORATORIES LIMITED, and RANBAXY INC., <br><br> Counterclaimants, <br><br> v. <br><br> PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC and WARNER-LAMBERT EXPORT LTD., <br><br> Counterdefendants. | ) ) ) ) ) C.A. No. 07-138 (JJF) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

IT IS HEREBY CERTIFIED that on February 12, 2008 Ranbaxy's Supplemental Responses To Plaintiffs' Second Set Of Interrogatories (Nos. 12-19) and Ranbaxy's Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-11) were served upon the below-named counsel of record in the manner and at the address indicated below:

**VIA HAND DELIVERY**

Rudolf E. Hutz
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendants/Counterclaimants
Ranbaxy Laboratories Limited and
Ranbaxy Inc.*

Dated: February 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Rudolf E. Hutz
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE  19899

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3132663-1