IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br>PFIZER PHARMACEUTICALS, LLC,<br>PFIZER LIMITED,<br>C.P. PHARMACEUTICALS<br>INTERNATIONAL C.V.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>RANBAXY LABORATORIES<br>LIMITED, and RANBAXY INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-138 (JJF)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties that:

1.  The sale of products that are the subject of Ranbaxy's ANDA No. 78-747 with label recommendations for use as set forth in said ANDA will actively induce infringement under 35 U.S.C. § 271(b) of Claim 11 of U.S. Patent No. 6,455,574 ("the '574 patent").

2.  The only claim of the '574 patent that Pfizer will assert in this litigation is claim 11. Pfizer will not assert in this litigation or in any other proceeding that the sale of products with recommendations for use approved under ANDA 78-747 infringe, induce infringement, or contribute to infringement of any other claim in the '574 patent.

3. As of the date of this Stipulation, Ranbaxy has not set forth in interrogatory responses any defense under 35 U.S.C. § 112 against claim 11 of the '574 patent. Should Ranbaxy later assert any such defense, Pfizer shall have the right to withdraw from this Stipulation, rendering it null and void, and leave the parties to their proofs as if the Stipulation never existed.

|  |  |
|---|---|
| | /s/ Jeffrey B. Bove |
| | Rudolf E. Hutz (#484) |
| | Jeffrey B. Bove (#998) |
| | Mary W. Bourke (#2356) |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899-2207 |
| DATED: March 24, 2008 | (302) 658-9141 |
| | *Attorneys for the Plaintiffs/Counterclaim-defendants* |

| | /s/ Frederick L. Cottrell |
|---|---|
| Of Counsel | Frederick L. Cottrell, III (#2555) |
| Joseph M. Reisman | Email: cottrell@rlf.com |
| William R. Zimmerman | Richards, Layton & Finger |
| Payson LeMeilleur | One Rodney Square |
| KNOBBE, MARTENS, OLSON | P.O. Box 551 |
| & BEAR, LLP | Wilmington, DE 19899 |
| 2040 Main Street, 14th Floor | (302) 658-6541 |
| Irvine, CA 92614 | *Attorneys for Defendants/Counterclaim-plaintiffs* |
| (949) 760-0404 | |

DATED: March 24, 2008

IT IS SO ORDERED this _____ day of March, 2008.

_____
United States District Judge

2