IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., et al.,                :
                                    :
            Plaintiffs,             :
                                    :
      v.                            :  C.A. No. 07-138-JJF
                                    :
RANBAXY LABORATORIES LIMITED,       :
et al.,                             :
                                    :
            Defendants.             :

## O R D E R

WHEREAS, Pretrial Conference and Trial dates are required in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Pretrial Conference will be held on **Thursday, January 15, 2009, at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the Pretrial Conference.

2. Trial shall commence on Monday, **February 23, 2009, at 9:00 a.m.** in Courtroom 4B on the on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 29, 2008                      /s/ Joseph J. Farnan, Jr.
    DATE                            UNITED STATES DISTRICT JUDGE