AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv138 | DATE FILED<br>3/9/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Pfizer Inc., Pfizer Pharmaceuticals, LLC, Pfizer Limited C.P., Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company LLC, and Warner-Lambert Expert LTD. | | DEFENDANT<br>Ranbaxy Laboratories Limited and Ranbaxy Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,681,893 | 7/21/1987 | Warner-Lambert Company |
| 2 | 6,455,574 B1 | 9/24/2002 | Pfizer Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Consent Order and Stipulated Injunction (re Patent No. 6,455,574) |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature] Nicole M. Selinger* | DATE<br>6/24/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER PHARMACEUTICALS, LLC, PFIZER LIMITED, C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and WARNER-LAMBERT EXPORT LIMITED,<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED AND RANBAXY INC.,<br><br>Defendants/Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-cv-138-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER AND STIPULATED INJUNCTION

WHEREAS, plaintiffs/counterclaim defendants Pfizer Inc., Pfizer Pharmaceuticals LLC, Pfizer Limited, C.P. Pharmaceuticals International C.V., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Limited ("Pfizer") own U.S. patents covering the manufacture, sale and use of products containing atorvastatin and amlodipine and any pharmaceutically acceptable salts thereof, including without limitation U.S. patent 6,455,574 ("Caduet Patent");

WHEREAS, defendant/counterclaim plaintiff Ranbaxy Laboratories Limited and Ranbaxy, Inc. ("Ranbaxy") has submitted to the U.S. Food and Drug Administration Abbreviated New Drug Application No. 78-747 ("Ranbaxy ANDA") for approval to

market and sell a generic product containing atorvastatin calcium and amlodipine besylate;

WHEREAS, Pfizer and Ranbaxy are parties to litigation relating to the Ranbaxy ANDA and Caduet Patents, and Ranbaxy desires to sell a generic product containing atorvastatin calcium and amlodipine besylate under the Ranbaxy ANDA free from claims of infringement by Pfizer under the Caduet Patent;

WHEREAS, Pfizer andR anbaxy have entered intoa Settlement andL icense Agreement, dated as of June 17, 2008 ("Settlement Agreement"), pursuant to which the parties have resolved this action and Pfizer has granted Ranbaxy certain rights to its portfolio of patents relating to atorvastatin;

NOW THEREFORE, Pfizer and Ranbaxy stipulate that:

1. Ranbaxy, its officers, agents,s ervants, employees and attorneys, and those persons in active concert or participation with Ranbaxy are enjoined until November 30, 2011 from engaging in the commercial manufacture, use, offer to sell, or sale within the UnitedS tates, or importationi ntot he UnitedS tates, of any product comprising the chemical compounds atorvastatin calcium and amlodipine besylate. This injunction shall terminate automatically upon the U.S. Generic Lipitor Commencement Date as defined in the Settlement Agreement.

2. The Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding this Consent Order and Stipulated Injunction.

3. All claims and counterclaims are dismissed with prejudice, and each Party shall bear its own costs, expenses and attorneys' fees in connection with this action.

4. The parties waive any right of appeal from this Order.

5. The Court reserves jurisdiction over this Consent Order in the event o f any dispute concerning it.

Dated: June 18,200 8                                    Dated: June 18, 2008

By: /s/ *Rudolf E. Hutz*                                By: /s/ *Frederick L. Cottrell, III*

Rudolf E. Hutz (#484)                                   Frederick L.C ottrell, III (#2555)
Jeffrey B. Bove (#998)                                  Email: cottrell@rlf.com
Mary W. Bourke (#2356)                                  Richards, Layton & Finger
CONNOLLY BOVE LODGE & HUTZ LLP                          One Rodney Square
The Nemours Building                                    P.O. Box 551
1007 North Orange Street                                Wilmington, DE 19899
P.O. Box 2207                                           (302) 658-6541
Wilmington, DE  19899-2207                              *Attorneys for Defendants*
(302) 658-9141
*Attorneys for the Plaintiffs*

Of Counsel:
Joseph M. Reisman
William R. Zimmerman
Payson LeMeilleur
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
*Attorneys for Defendants*

IT IS SO ORDERED, this ___20___ day of ___June___, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

3